# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN VINCENT WATERS** | : | |
| Plaintiff | : | **CIVIL ACTION NO. 18-1333** |
| v. | : | **(MANNION, D.J.)** |
| | | **(CARLSON, M.J.)** |
| **THERESA DELBALSO, Superintendent, and JOSH SHAPIRO, Attorney General of Pennsylvania** | : | |
| | : | |
| Defendants | | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT**:

1. The above captioned petition for writ of habeas corpus is **DISMISSED, without prejudice,** as premature for failure to exhaust state court remedies.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a Certificate of Appealability.

s/ *Malachy E. Mannion*

**MALACHY E. MANNION**
**United States District Judge**

**DATE: November 7, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-1333-01-ORDER.docx